IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

LISA STARK,

                    Plaintiff,

                                          Civil Action No.

     vs.                                 6:15-cv-120 (MAD/TWD)

NOTEWORTHY COMPANY; and
NOTEWORTHY INDUSTRIES, INC.,

                          Defendants.

_____

APPEARANCES:                        OF COUNSEL:

Cooper, Erving Law Firm ,           Phillip G. Steck, Esq.
39 North Pearl Street
4th Floor
Albany, NY 12207
*Attorney for Plaintiff*

Girvin, Ferlazzo Law Firm          Scott P. Quesnel, Esq.
20 Corporate Woods Boulevard
Albany, NY 12211
*Attorney for Defendants*

**Mae A. D'Agostino, U.S. District Judge**

### JUDGMENT DISMISSING ACTION
### BASED UPON SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being

settled.   Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to

re-opening upon the motion of any party within thirty days of the date of the filing of this order upon

a showing that the settlement was not consummated;

2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: July 14, 2015
      Albany, New York

Mae A. D'Agostino
U.S. District Judge