UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LISA STARK,

                     Plaintiff,

     -against-

                                     Civil Action No.:  6:15-cv-0120
                                         (MAD/TWD)

NOTEWORTHY COMPANY and
NOTEWORTHY INDUSTRIES, INC.,

                     Defendants.

## STIPULATION OF DISCONTINUANCE

That no party hereto is an infant or incompetent, it is hereby stipulated and agreed, by and between the undersigned, Phillip G. Steck, Esq., attorney of record for the Plaintiff Lisa Stark, and Scott P. Quesnel, Esq., attorney of record for Noteworthy Industries, Inc., identified and sued as Noteworthy Company and Noteworthy Industries, Inc., parties in the above entitled action, that the above entitled action be, and the same hereby is dismissed **with prejudice**, without costs to either party as against the other.

DATED: _August_ ~~July~~ *10*, 2015        DATED: _August_ ~~July~~ 29 2015

COOPER, ERVING & SAVAGE, LLP        GIRVIN & FERLAZZO, P.C.

By _____        By _____
     Phillip G. Steck                      Scott P. Quesnel
*Attorneys for Plaintiff*          *Attorneys for Noteworthy Industries, Inc.,*
39 North Pearl Street            *identified and sued as Noteworthy Company*
Albany, New York 12207        *and Noteworthy Industries, Inc.*
Tel:   518-449-3900            20 Corporate Woods Boulevard
Fax:   518-432-3111           Albany, New York 12211
Email: psteck@coopererving.com     Tel:   518-462-0300

Fax:    518-462-5037
Email: spq@girvinlaw.com

SO ORDERED:

Hon. Mae A. D'Agostino, U.S.D.J.